PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

MANUEL RIVAS, JR. (SBN 161236)
LAW OFFICES OF MANUEL RIVAS, JR.
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone No.: (415) 439-8874
Facsimile No.: (415) 233-2208

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>EL METATE MEXICAN RESTAURANT CORP dba TAQUERIA EL METATE; KAREN LEE FINNEY; ROBERT L BATTAGIN as an Individual and in his Capacity as Trustee for the BATTAGIN ROBERT L TRUST, | Case No. 4:18-cv-01759 KAW<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER F.R.C.P. RULE 12(F) AS TO DEFENDANT EL METATE MEXICAN RESTAURANT CORP dba TAQUERIA EL METATE'S ANSWER**<br><br>Action Filed: March 21, 2018 |

## **STIPULATION**

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND**

**TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this case has been assigned for early disclosures and mediation under General

Order 56;

WHEREAS, Plaintiff's deadline for filing a motion under Federal Rule of Civil Procedure

("FRCP") Rule 12(f) to strike all or part of the Answer of Defendant EL METATE MEXICAN

RESTAURANT CORP dba TAQUERIA EL METATE is May 23, 2018;

WHEREAS, Plaintiff and Defendant EL METATE MEXICAN RESTAURANT CORP dba TAQUERIA EL METATE have met and conferred regarding the alleged deficiencies in Defendant's Answer;

WHEREAS, Plaintiff and Defendant wish to avoid the time and expense of briefing a FRCP 12(f) motion until/unless mediation under General Order 56 does not succeed;

IT IS HEREBY STIPULATED by and among Plaintiff and Defendant that:

1. If the case does not settle under General Order 56, Plaintiff retains the right to file a motion under FRCP 12(f). If the case does not settle at mediation:
   a. the parties shall meet and confer about amending the Answer within 7 days after the mediation has been certified as completed;
   b. that Defendant shall thereafter be allowed an opportunity to voluntarily amend its Answer prior to Plaintiff filing any Rule 12(f) motion; and
   c. that any amended Answer shall be filed no later than 14 days after the parties meet and confer.
2. If Defendant elects not to file an Amended Answer after the meet and confer period in section 2, Plaintiff may file his 12(f) motion between 21 and 45 days past the date the mediator certifies that mediation under General Order 56 has been completed.

**IT IS SO STIPULATED.**

Dated: May 14, 2018               LAW OFFICES OF PAUL L. REIN

                                  */s/ Aaron M. Clefton*
                                  By: AARON M. CLEFTON, ESQ.
                                  Attorneys for Plaintiff
                                  GERARDO HERNANDEZ

Dated: May 14, 2018               LAW OFFICES OF MANUEL RIVAS, JR.

                                  */s/ Manuel Rivas, Jr.*
                                  By: MANUEL RIVAS, JR, ESQ.
                                  Attorneys for Defendant
                                  EL METATE MEXICAN RESTAURANT

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME UNDER FRCP 12(f)
Case No. 4:18-cv-01759 KAW                        C:\Users\IMBRIA~1\AppData\Local\Temp\notes06E812\2018 05 14 Final -
Stip_to_Cont_12_(f)_Deadline.DOCX

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1, I hereby attest that on May 14, 2018, I, Aaron M. Clefton, attorney with The Law Office of Paul L. Rein, received the concurrence of Manuel Rivas, Jr. in the filing of this document.

                                              */s/ Aaron M. Clefton*
                                              AARON M. CLEFTON

# ORDER

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that if Plaintiff files any motion under Federal Rule of Civil Procedure 12(f) against Defendant EL METATE MEXICAN RESTAURANT CORP dba TAQUERIA EL METATE, such motion will be filed between 21 and 45 days past the date the mediator certifies that mediation under General Order 56 has been completed. The parties shall meet and confer within 7 days after the mediation has been certified as completed. Defendant EL METATE MEXICAN RESTAURANT CORP dba TAQUERIA EL METATE shall thereafter be allowed an opportunity to voluntarily amend its answer prior to Plaintiff filing any FRCP 12(f) motion. Any amended answer shall be filed no later than 14 days after the parties meet and confer.

**IT IS SO ORDERED.**

Dated: 5/29, 2018

_____
Honorable Kandis A. Westmore
United States Magistrate Judge

- 4 -